UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| COMMSCOPE TECHNOLOGIES LLC | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:16-cv-477 |
| Counterclaim Defendant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DALI WIRELESS, INC. | ) | |
| Defendant. | ) | |
| Counterclaim Plaintiff | ) | |
| v. | ) | |
| | ) | |
| COMMSCOPE TECHNOLOGIES LLC | ) | |
| and COMMSCOPE CONNECTIVITY | ) | |
| LLC | ) | |
| Counterclaim Defendant | | |

**COMMSCOPE'S MOTION FOR JUDGMENT AS A MATTER OF LAW**

Pursuant to Federal Rule of Civil Procedure 50(b), CommScope Technologies LLC and CommScope Connectivity LLC (collectively, "CommScope") renews its motion for judgment as a matter of law ("JMOL"). As set forth in the accompanying brief, CommScope moves for JMOL that (1) claim 1 of U.S. Patent No. 9,031,521 ("the '521 patent") is invalid as anticipated under 35 U.S.C. § 102; (2) CommScope does not infringe claim 1 of the '521 patent; (3) the asserted claims of U.S. Patent No. 9,537,473 ("the '473 patent") are invalid as anticipated under 35 U.S.C. § 102, obvious under 35 U.S.C. § 103; lacking written description and not enabled under 35 U.S.C. § 112; and (4) CommScope does not infringe the asserted claims of the '473 patent.

1

Pursuant to Federal Rule of Civil Procedure 59, if JMOL is not granted in CommScope's favor, CommScope seeks a new trial on non-infringement and invalidity of the '521 and '473 patents.

This motion is supported by CommScope's supporting brief, appendix, and the record, including the trial record, in this case.

| | |
|---|---|
| Dated:  September 6, 2019 | */s/*Philip P. Caspers |
| | Philip P. Caspers (*pro hac vice*) |
| | Samuel A. Hamer (*pro hac vice*) |
| | William F. Bullard (*pro hac vice*) |
| | Nathan D. Louwagie (*pro hac vice)* |
| | CARLSON, CASPERS, VANDENBURGH |
| |    & LINDQUIST PA |
| | 225 South Sixth Street, Suite 4200 |
| | Minneapolis, Minnesota 55402 |
| | pcaspers@carlsoncaspers.com |
| | shamer@carlsoncaspers.com |
| | wbullard@carlsoncaspers.com |
| | nlouwagie@carlsoncaspers.com |
| | (612) 436-9600 Telephone |
| | (612) 436-9605 Facsimile |
| | |
| | Daniel J. Sheehan |
| | State Bar No. 18174500 |
| | DANIEL J. SHEEHAN PLLC |
| | Campbell Centre II, Suite 100 |
| | 8150 N. Central Expressway |
| | Dallas, Texas 75206 |
| | (214) 468-8899 Telephone |
| | (214) 468-8803 Facsimile |
| | *dsheehan@dsa-law.com* |

**Certificate of Service**

I, the undersigned, certify that, on September 6, 2019, I caused the foregoing document to be served on all counsel of record via ECF.

/s/ Philip P. Caspers
Philip P. Caspers (*pro hac vice*)
Samuel A. Hamer (*pro hac vice*)
William F. Bullard (*pro hac vice*)
Nathan D. Louwagie (*pro hac vice)*
CARLSON, CASPERS, VANDENBURGH
    & LINDQUIST PA
225 South Sixth Street, Suite 4200
Minneapolis, Minnesota 55402
pcaspers@carlsoncaspers.com
shamer@carlsoncaspers.com
wbullard@carlsoncaspers.com
nlouwagie@carlsoncaspers.com
(612) 436-9600 Telephone
(612) 436-9605 Facsimile