UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| COMMSCOPE TECHNOLOGIES LLC,<br><br>　　　　Plaintiff<br>　　　　Counterclaim Defendant,<br><br>v.<br><br>DALI WIRELESS, INC.,<br><br>　　　　Defendant<br>　　　　Counterclaim Plaintiff,<br><br>v.<br><br>COMMSCOPE CONNECTIVITY LLC,<br><br>　　　　Counterclaim Defendant. | NO. 3:16-cv-477-M<br><br>**Jury Trial Demanded** |

## JUDGMENT

This case was tried to a jury. The jury rendered a verdict on June 19, 2019.

The jury found that Defendant Dali Wireless, Inc. ("Dali") willfully infringed: (1) Claim 1 of U.S. Patent No. 7,639,982, (2) Claims 1 and 12 of U.S. Patent No. 8,326,218, (3) Claims 23 and 27 of U.S. Patent No. 8,577,286, and (4) Claims 1 and 14 of U.S. Patent No. 9,332,402 (collectively, the '982 patent family). The Court previously found that Dali infringed Claims 7, 8, and 10 of U.S. Patent No. 7,848,747, and the jury found Dali's infringement to be willful.

The jury found the Counterclaim Defendants CommScope Technologies LLC and CommScope Connectivity LLC infringed: (1) Claims 6, 9, 11, 14, 15, and 21 of U.S. Patent No. 9,531,473 and (2) Claim 1 of U.S. Patent No. 9,031,521. The Court previously found that CommScope does not infringe Claims 3, 16, and 20 of the '521 patent.

On April 21, 2020, the Court ruled on the parties' post-verdict motions. Pursuant

to Federal Rule of Civil Procedure 58 and based upon the jury's verdict, which is incorporated herein, and all prior orders of the Court, the Court now **ORDERS** and **ENTERS JUDGMENT** as follows:

1. CommScope is awarded:

   a. **$1,976,812.44** for Dali's infringement of CommScope's '982 patent family and '747 patent;

   b. **$3,953,624.88** in enhanced damages in addition to the amount of damages awarded by the jury;

   c. Prejudgment interest in the amount of $111,162.96; and

   d. Post-judgment interest from and after the date of judgment at the legal rate pursuant to 28 U.S.C. § 1961(a).

2. Dali is awarded:

   a. **$2,388,002.77** for CommScope's infringement of Dali's '473 patent;

   b. **$6,612,321.50** for CommScope's infringement of Dali's '521 patent;

   c. Prejudgment interest in the amount of $494,903.95; and

   d. Post-judgment interest from and after the date of judgment at the legal rate pursuant to 28 U.S.C. § 1961(a).

3. The Court, having been advised of the parties' joint request for a stay of the monetary judgments, **STAYS** execution on CommScope's and Dali's monetary judgments pending appeal.

4. Each party shall bear its own costs and attorney fees.

5. The Court further **GRANTS** the following injunctive relief against Dali: Dali and others in active concert with Dali are enjoined from (i) making, using, selling, importing, and/or offering for sale in the United States Dali's infringing t-Series distributed antenna system (and colorable imitations thereof); and (ii) making, using, selling,

importing, and/or offering for sale in the United States Dali's infringing Matrix distributed antenna system (and colorable imitations thereof), for the remaining term of CommScope's asserted patents.  The Court **STAYS** this injunction pending appeal by Dali.  This injunction shall become effective after any appeal of this case by Dali is resolved.  If Dali does not file a timely appeal, the injunction shall become effective as soon as the deadline for Dali to file a timely appeal has lapsed.

6. Neither party shall be required to post a bond or other security to file an appeal.

7. The Court retains jurisdiction over this matter to ensure that the Court's Judgment is fully and properly implemented.

**SO ORDERED.**

May 11, 2020

_____
BARBARA M. G. LYNN
CHIEF JUDGE